IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION             MDL No. 2570

This Document Relates to Plaintiff(s)
<u>Scott Wyckoff and Shelly Wyckoff</u>
Civil Case # _____

### SHORT FORM COMPLAINT

COME NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party: **Scott Wyckoff**

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim: **Shelly Wyckoff**

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator): **Not applicable**

4. Plaintiff's/Deceased Party's state of residence at the time of implant: **Ohio**

5. Plaintiff's/Deceased Party's state of residence at the time of the injury: **Ohio**

6. Plaintiff's/Deceased Party's current state of residence: **Ohio**

7. District Court and Division in which venue would be proper absent direct filing: **Southern District of Ohio Western Division at Cincinnati**

8. Defendants (Check Defendants against whom Complaint is made):

1

- ☑ Cook Incorporated
- ☑ Cook Medical LLC
- ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

    ☑ Diversity of Citizenship

    Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    **9, 10, 12, and 19**_____

    b. Other allegations of jurisdiction and venue:

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff is making a claim.

    (Check applicable Inferior Vena Cava Filters):

    ☐ Gunther Tulip® Vena Cava Filter

    ☑ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product: **February 3, 2015**

12. Hospital(s) where Plaintiff was implanted (including City and State): **Atrium Medical Center, Middletown, Ohio**

13. Implanting Physician(s): **Freddy Katai, M.D.**

14. Counts in the Master Complaint brought by Plaintiff(s):

2

- ☑ Count I: Strict Products Liability – Failure to Warn
- ☑ Count II: Strict Products Liability – Design Defect
- ☑ Count III: Negligence
- ☑ Count IV: Negligence Per Se
- ☑ Count V: Breach of Express Warranty
- ☑ Count VI: Breach of Implied Warranty
- ☑ Count VII: Violations of Ohio's Deceptive Trade Practices Act, ORC Ann. § 4165.02
- ☑ Count VIII: Loss of Consortium
- ☐ Count IX: Wrongful Death
- ☐ Count X: Survival
- ☑ Count XI: Punitive Damages
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

15. Attorney for Plaintiff(s): **Brian Keith Jackson, Esq.**

16. Address and bar information for Attorney for Plaintiff(s): **Riley & Jackson, P.C., 3530 Independence Drive, Birmingham, AL 35209; Alabama State Bar No. ASB-7519-J66B.**

Respectfully submitted,

**RILEY & JACKSON, P.C**.

/s/    Brian Keith Jackson
Brian Keith Jackson, AL Bar No. 7519-J66B
**RILEY & JACKSON, P.C.**
3530 Independence Drive
Birmingham, AL 35209
Telephone: (205) 879-5000
Facsimile: (205) 879-5901
kj@rileyjacksonlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2015, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.


/s/    Brian Keith Jackson
Brian Keith Jackson
AL Bar No. 7519-J66B